[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 132.]

[THE STATE EX REL.] MOYER, APPELLEE, *v.* KROGER COMPANY, APPELLANT.

[Cite as *State ex rel. Moyer v. Kroger Co.*, 1998-Ohio-156.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2351—Submitted July 8, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD10-1312.

————————————

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker* and *Stephen P. Gast*, for appellee.

*Porter, Wright, Morris & Arthur, Karl J. Sutter* and *Charles J. Kurtz III*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————